UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20318-CR-MARTINEZ(s)

UNITED STATES OF AMERICA

Plaintiff,

vs.

WALTER ALEXANDER LISTA,

Defendant.
_______________________________/

**ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DATE**

**THIS CAUSE** came before the Court upon Agreed Motion for a Continuance of the December 2016 Trial Date [ECF No. 52[. The Court has reviewed the motion and is otherwise fully advised in the premises, therefore,

After careful consideration, the Court finds that for the reasons set forth in Counsel's Motion the ends of justice will be served by a continuance of the trial as to the Defendant as set forth below, and that an extension outweighs the interest of the public and the Defendant in a speedy trial. Therefore, it is:

**ORDERED AND ADJUDGED** that a Continuance is **GRANTED.**

Trial in this cause is reset to commence **Monday, March 20, 2017 at 9:30 a.m.** at the United States Courthouse, 400 North Miami Avenue, Room 10-1, Miami, Florida 33128. Calendar Call will be held at **1:30 p.m.** on **Thursday, March 16, 2017.** All counsel **must** be present at the calendar call.

The Court finds that the period of delay from **December 1, 2016 to March 20, 2017,** and any other trial date set hereafter is excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161,(h)(7)(A). Parties shall file their joint proposed jury instructions as well as verdict forms and proposed voir dire

questions if any, one week prior to calendar call. The previous calendar call and trial date is CANCELLED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of December, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Goodman
All Counsel Of Record