UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20318-MARTINEZ-GOODMAN

UNITED STATES OF AMERICA

U.S. Magistrate Judge O'Sullivan
(For Bond Purposes Only)

v.

WALTER ALEXANDER LISTA
_______________________________/

**ORDER MODIFYING CONDITIONS OF BOND TO PERMIT TRAVEL WITHIN THE CONTINENTAL UNITED STATES AND PUERTO RICO**

This matter is before the Court on Defendant Walter Lista's Unopposed Motion to Modify Conditions of Bond to Permit Travel within Continental United States [DE 57]. In addition to travel within the Continental United States, Defendant also proposes to travel to Puerto Rico. Having been fully advised on the premises and noting that the Government has no objection, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Walter Lista may travel within the Continental United States and Puerto Rico, with advance notice of his itinerary to the United States Probation Office.

**DONE AND ORDERED** this 13th day of December, 2016.

_______________________________
United States Magistrate Judge
JOHN J. O'SULLIVAN

cc: Howard Srebnick, Esq.
AUSA Matthew Langley