UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20318- MARTINEZ(s)

UNITED STATES OF AMERICA

vs.

WALTER ALEXANDER LISTA,

    Defendant.
_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the United States of America would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all the facts known to the Government and the Defendant WALTER ALEXANDER LISTA, are sufficient to prove the guilt of the Defendant in the above-referenced Indictment:

In or around 2006, the Defendant purchased a 1997 blue Jeep Wrangler, vin number 1J4FY19S3VP533479, which title was registered under the Defendant's name. The insurance policy for the 1997 Jeep Wrangler likewise listed the Defendant as the owner and as a regular driver of the vehicle. The Defendant owned the 1997 blue Jeep Wrangler until May 3, 2013. The fair market value of the 1997 blue Jeep Wrangler did not exceed $4,267.

On or about May 30, 2013, in Miami-Dade County, in the Southern District of Florida, the Defendant filed a personal Chapter 7 bankruptcy as debtor captioned, In re: WALTER ALEXANDER LISTA, Bankruptcy Case No. 13-22662-BKC-AJC, in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Filing"). The Defendant amended his Bankruptcy Filing on both July 9, 2013 and July 26, 2013.

Court Exhibit #1

The Defendant failed to disclose on the Bankruptcy Filing, as well as on the two amended filings, that he owned the 1997 blue Jeep Wrangler.

The Defendant knowingly made a declaration under penalty of perjury in relation to the Bankruptcy Filing concerning a material matter, that is, his ownership of the 1997 blue Jeep Wrangler, with the intent to deceive his creditors, the trustee, and the bankruptcy judge.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/20/17    By: _____
                     MATTHEW J. LANGLEY
                     ASSISTANT UNITED STATES ATTORNEY

Date: 6/20/17    By: _____
                     HOWARD MILTON SREBNICK
                     ATTORNEY FOR DEFENDANT

Date: 6/20/17    By: _____
                     WALTER ALEXANDER LISTA
                     DEFENDANT

2